UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-1765-JFW (SSx)**                                         Date: July 7, 2017

Title:   Erica White *-v-* Western Dental Services, Inc.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                             None Present
Courtroom Deputy                                       Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                                               None

**PROCEEDINGS (IN CHAMBERS):**     ORDER OF DISMISSAL

In the Notice of Settlement filed on July 6, 2017, Dkt. No. 23, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before August 7, 2017. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until August 7, 2017. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr